UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------------

| | : | |
|---|---|---|
| NANCY PARKER, | : | CASE NO. 4:05CV00120 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | JUDGMENT |
| | : | |
| GENERAL EXTRUSIONS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

-----------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case came before the Court for a jury trial and on September 23, 2005, the following verdicts were rendered:

    1) Verdict in favor of plaintiff and against defendant in the amount of

     $25,000.00 for compensatory damages;

    2) Verdict in favor of plaintiff and against defendant in the amount of

     $75,000.00 for punitive damages.

This judgment is entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

    IT IS SO ORDERED.

Dated: October 5, 2005             s/ *James S. Gwin*
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE